NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RONDA WEST,                                    )
                                               )
         Appellant,                            )
                                               )
v.                                             )          Case No. 2D16-5426
                                               )
U.S. BANK NATIONAL ASSOCIATION,                )
as trustee for the Certificateholders of       )
Bear Stearns Asset-Backed Securities I         )
Trust 2004-AC6, Asset-Backed Certificates,     )
Series 2003-AC6,                               )
                                               )
         Appellee.                             )
_____)

Opinion filed February 7, 2018.

Appeal from the Circuit Court for Sarasota
County; Charles Williams, Judge.

C. Ryan Violette of Moran, Sanchy &
Associates, Sarasota, for Appellant.

Michael D. Starks of Greenberg Traurig,
P.A., Orlando; and Patrick G. Broderick of
Greenberg Traurig, P.A., West Palm Beach,
for Appellee.


PER CURIAM.


         Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.